

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| EDUARDO U. MARTINEZ,<br>Petitioner, | § § § | |
| vs. | § § | Civil Action No. 8:25-03537-MGL |
| WARDEN FEDERAL PRISON CAMP,<br>*Edgefield, South Carolina*,<br>Respondent. | § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING PETITIONER'S SECTION 2241 PETITION

On April 28, 2025, Petitioner Eduardo Martinez filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241. He is currently on supervised release following his incarceration with the Bureau of Prisons. Martinez challenges the loss of time credits he earned under the First Steps Act. *See* 18 U.S.C. § 3632 (establishing a system for awarding credit against a sentence based on an inmate's risk of recidivism).

This matter is before the Court for review of the Report and Recommendation (the Report) of the United States Magistrate Judge suggesting to the Court the petition be dismissed. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo

1

determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on May 20, 2025.  Petitioner filed objections to the Report on May 27, 2025.

The Magistrate Judge recommends dismissing the petition because Martinez failed to exhaust his administrative remedies.  Report at 4-6.  Martinez objects, arguing there is "constructive and ongoing exhaustion."  Objections at 1.  Even if the Court accepted the additional facts described in the objections, Martinez still fails to demonstrate he administratively exhausted his claim.

As explained in the Report, and without objection by Martinez, there are four levels of administrative review of a credit dispute.  Each level of review begins with the inmate filing a grievance beginning with form BP-8 and followed by forms BP-9, BP-10, and BP-11, as the inmate appeals any adverse decision.  Martinez attached to his petition a form BP-8 and a form BP-9, and he attached a form BP-10 to his objections.  He has failed to ever claim he filed a form BP-11, and thus the Magistrate Judge correctly concluded he failed to administratively exhaust his complaint.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Martinez's objections, adopts the Report, and incorporates it herein.  Therefore, Martinez's petition for a writ of habeas corpus is **DISMISSED**.

To the extent Martinez seeks a certificate of appealability, that request is **DENIED**.

**IT IS SO ORDERED.**

Signed this 30th day of July 2026, in Columbia, South Carolina.

2

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

## NOTICE OF RIGHT TO APPEAL

Martinez is hereby notified of his right to appeal this Order within sixty days from the date

hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.